No. 15,265.

CITY REAL ESTATE, INC. v. SULLIVAN, ETC.

(180 P. [2d] 504)

*Note.*

In the published opinion in this case, which appears in volume 116 of the Colorado Supreme Court reports beginning at page 169, the word "prosecuted" at the end of line 21, page 179, and continuing on line 22, should read "protected."